PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
FRANCO L. BECIA, WSBA# 26823
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Email: Franco.L.Becia@ssa.gov
Telephone: (206) 615-2114
Fax: (206) 615-2531
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| FREDDY E. THOMPSON,<br>    Plaintiff,<br>    vs.<br>COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | Case No.: 2:23-cv-00491-DMC<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME (FIRST REQUEST) |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Complaint be extended from May 22, 2023, up to and including June 29, 2023.  This is the Defendant's first request for an extension.  Defendant requests this extension because I am in the process of drafting a memorandum to explore settlement options. I require more time to request settlement authority and consult with Plaintiff regarding settlement options in this case,

STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME

and to prepare a response absent settlement.  For these reasons, Defendant asks the Court to approve this stipulated motion and extend the deadline to file a response to Plaintiff's Complaint.  Plaintiff does not oppose Defendant's request for an extension of time.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                Respectfully submitted,

Dated: May 19, 2023

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By:  /s/ Franco L. Becia
Franco L. Becia
Special Assistant U.S. Attorney
Attorneys for Defendant

Dated: May 19, 2023

/s/ Lawrence D. Rohlfing*
(*as authorized via e-mail)
Lawrence D. Rohlfing
Attorney for Plaintiff

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including June 29, 2023, to respond to Plaintiff's Complaint.

Dated:  May 26, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME