PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA# 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
FRANCO L. BECIA, WSBA# 26823
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Email: Franco.L.Becia@ssa.gov
Telephone: (206) 615-2114
Fax: (206) 615-2531
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| FREDDY E. THOMPSON,<br>    Plaintiff,<br>vs.<br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br>    Defendant. | Case No.: 2:23-cv-00491-DMC<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND FOR ENTRY OF JUDGMENT; ORDER** |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

STIPULATION TO REMAND

Upon remand, the Appeals Council will remand the case to an Administrative Law Judge (ALJ) to take any necessary action to complete the administrative record, offer Plaintiff a new hearing (de vovo), re-consider the opinion evidence of record, and issue a new decision. The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated: June 13, 2023

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By: /s/ *Franco L. Becia*
Franco L. Becia
Special Assistant U.S. Attorney
Attorneys for Defendant

Dated:  June 13, 2023

/s/ *Lawrence David Rohlfing**
(*as authorized via e-mail)
Lawrence David Rohlfing
Attorney for Plaintiff

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION TO REMAND

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated: June 15, 2023



DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE